**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| **SADE L. YOUNG,** | ) | **CASE NO. 25-54010-LRC** |
| DEBTOR. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW The Craig Black Law Firm LLC, attorneys of record for Sade L. Young ("Debtor"), whose last known address is 3090 Sable Run Road, Atlanta, GA 30349 whose last known telephone number is 786-797-2249, and requests this Court to enter an order allowing The Craig Black Law Firm LLC to withdraw as counsel herein and shows the Court the following:

1.

The Craig Black Law Firm LLC currently serves as counsel for the Debtor in this Chapter 13 bankruptcy case.

2.

Irreconcilable differences have arisen between the Debtor and The Craig Black Law Firm LLC such that continued representation is no longer.

3.

Pursuant to Bankruptcy Rule 9010-5(b)(1), Movant has served the Debtor with a Notification of Intent to Request Permission to Withdraw by depositing same in the U.S. Mail, properly addressed and with sufficient postage thereon to ensure delivery. The Notification of Intention to Request Permission to Withdraw was mailed 14 days prior to filing this Motion. The Notification of Intent to Request Permission to Withdraw is attached hereto.

**WHEREFORE,** The Craig Black Law Firm LLC requests this Court to issue an Order

permitting withdrawal as counsel for the Debtor.

Respectfully submitted,

/s/ ________________________
Craig Black
GA Bar No.: 137410
The Craig Black Law Firm, LLC
5555 Glenridge Connector
Suite 200
Atlanta, Georgia 30342
(678) 888-1778
**Attorney for the Debtor**
cb@craigblacklaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SADE L. YOUNG,** | ) | **CASE NO. 25-54010-LRC** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that The Craig Black Law Firm, LLC, has filed a Motion to Withdraw as Counsel.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing for on Application for Compensation in **Courtroom 1204, U.S. Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303 at 09:15 AM on September 22, 2026,** which must be attended in person unless the court orders otherwise.

Your rights may be affected by the court’s ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, 75 Ted Turner Drive, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 11, 2026

/s/________________________

Craig Black
GA Bar No.: 1313410
The Craig Black Law Firm, LLC
5555 Glenridge Connector
Suite 200
Atlanta, GA 30342
6138-888-113138
**Attorney for the Debtor**

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the attached upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

See attached matrix

I further certify that I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. These parties will not receive notice via first class mail if listed on the mailing matrix.

Dated: August 11, 2026

/s/
___

Craig Black
GA Bar No.: 137410
The Craig Black Law Firm, LLC
5555 Glenridge Connector
Suite 200
Atlanta, Georgia 30342
(678) 888-1778
**Attorney for the Debtor**
cb@craigblacklaw.com

THE CRAIG BLACK LAW FIRM, L.L.C.

www.craigblacklaw.com
PHONE: (678) 888-1778

Sade L. Young
3090 Sable Run
Atlanta, GA 30349

Monday, July 27, 2026

To: Mrs. Young,

Enclosed you will find a Notification of Intent to Request Permission to Withdraw and a Certificate of Service listing all the parties in your case. The Craig Black Law Firm LLC intends to withdraw as your counsel of record.

A motion to withdraw will not be filed until 14 days have passed. If you have any objections to our withdrawal, you must make them known to The Craig Black Law Firm LLC within that time period.

After the motion to withdraw is filed with the Clerk of the U. S. Bankruptcy Court, any objection to the motion to withdraw must be filed within ten days after service of the motion at the Office of the Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303. Once the Court has signed the Order permitting me to withdraw you will have no counsel.

I urge you to obtain new counsel immediately. If your new counsel has any questions concerning your case, please indicate to your new counsel that he or she may feel free to contact me.

Please feel free to contact me with any questions or concerns at 678-888-1778.

Sincerely,

Craig Z. Black

Craig Black
The Craig Black Law Firm LLC
5555 Glenridge Connector
Suite 200
Atlanta, GA 30342

THE CRAIG BLACK LAW FIRM, L.L.C.
www.craigblacklaw.com
PHONE: (678) 888-1778

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the attached upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Travis E. Menk
Brock & Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103

Jonathan S. Adams
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Michael Stearsman
Brock & Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103

Craig Zander Black
The Craig Black Law Firm, LLC
Suite 200
5555 Glenridge Connector NE
Atlanta, GA 30342

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

I further certify that I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF .

Dated: July 27, 2026

♦5555 Glenridge Connector, Suite 200, Sandy Springs, GA 30348
♦100 Hartsfield Center Pkwy, Suite 500, Atlanta, GA 30354
♦1775 Parker Road, Bldg C, Suite 210, Conyers, GA 30094

The Craig Black Law Firm, LLC is a Debt relief agency helping people file for bankruptcy.

Label Matrix for local noticing
113E-1
Case 25-54010-lrc
Northern District of Georgia
Atlanta
Mon Aug 10 12:43:01 EDT 2026

Jonathan S. Adams
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Aidvantage on behalf of
Dept of Education
PO Box 300001
Greenville Tx 75403-3001

Atlanta Executive Mgmt HOA
101 Devant St STE 501
Fayetteville, GA 30214-2720

Craig Zander Black
The Craig Black Law Firm, LLC
Suite 200
5555 Glenridge Connector NE
Atlanta, GA 30342-4815

Capital One
POB 31293
Salt Lake City, UT 84131-0293

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Chen Med LLC
C/O Corporation Service Company
2 Sun Court Ste 400
Peachtree Corners, GA 30092-2865

Credit One Bank
POB 98872
Las Vegas, NV 89193-8872

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303-1509

Dept of ED/AIDV
1891 Metro Center Dr.
Reston, VA 20190-5287

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Travis E. Menk
Brock & Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103-2930

Merrick Bank
POB 9201
Old Bethpage NY 11804-9001

Navy Federal Credit Union
P.O. Box 3800
Merrifield, VA 22119-3800

Navy Federal Credit Union
P.O. BOX 3000
Merrifield, VA 22119-3000

Navy Federal Credit Union
P.O. Box 23800
Merrifield, VA 22119-2380

Navy Federal Credit Union
POB 3700
Merrifield VA 22119-3700

Navy Federal Credit Union
c/o Brock & Scott, PLLC
1315 Westbrook Plaza Drive
Winston-Salem, NC 27103-1357

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Planet Home Lending
321 Research Pwky Ste 303
Meriden, CT 06450-8342

Planet Home Lending LLC
10 Research Parkway, Suite 2
Wallingford, CT 06492-1963

Planet Home Lending, LLC
321 Research Parkway, Suite 303
Meriden, CT 06450-8342

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Michael Stearsman
Brock & Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103-2930

Truist Bank
PO Box 1847 / 100-50-01-51
Wilson, NC 27894-1847

Truist Bank
PO Box 849
Wilson, NC 27894-0849

Sade L Young
3090 Sable Run Rd.
Atlanta, GA 30349-3658

End of Label Matrix
Mailable recipients 28
Bypassed recipients 0
Total 28