UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SADE LASHAY YOUNG, | ) | CASE NO. 25-54010-LRC |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND MEETING OF CREDITORS**

On September 8, 2026, the court entered an order re-converting the above-captioned case to one under chapter 7. (Dkt. No. 55). Pursuant to 11 U.S.C. § 701 the United States Trustee hereby appoints **S. Gregory Hays** to serve as interim trustee in this case. The trustee shall serve under the blanket bond heretofore approved. The name and address of the interim successor trustee and the date, time, and location of the meeting of creditors are as follows:

| | |
|---|---|
| **S. Gregory Hays**<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305-2153<br>Phone: (404) 926-0051 | **October 1, 2026, at 8:50 a.m.**<br><br>The meeting will be held by **Zoom video meeting**.<br>Go to Zoom.us/join.<br>Enter Meeting ID: **627 912 5502** and<br>Passcode: **6497361809** or call **1 (470) 924-8876.** |

Notice given by:

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE, REGION 21

<u>*s/ David S. Weidenbaum*</u>
David S. Weidenbaum
Georgia Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
*david.s.weidenbaum@usdoj.gov*