FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 OCT -8 P 3:48
VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | * | | |
| | * | | |
| SADE LASHAY YOUNG | * | CASE NO.: | **25-54010-LRC** |
| | * | | |
| | * | CHAPTER: | **7** |
| | * | | |
| | * | JUDGE: | **RITCHEY CRAIG** |
| | * | | |
| Debtor. | * | | |

**AMENDMENT TO SCHEDULES**

**COMES NOW** SADE LASHAY YOUNG, Debtor in the above styled proceeding, and make application for leave to amend the schedules of Debtor's petition, and state that through inadvertence Debtor omitted the following:

**1.**

Debtor inadvertently made errors on Schedule I; thus, Debtor has amended Schedule I to indicate same. (See Revised Schedule I attached hereto.)

**2.**

Debtor inadvertently made errors on Schedule J; thus, Debtor has amended Schedule J to indicate same. (See Revised Schedule J attached hereto.)

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 OCT -8 P 3:48
VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

**3.**

Debtor inadvertently made errors on Statement of Current Monthly Income; thus, Debtor has amended Statement of Current Monthly Income to indicate same. (See Revised Statement of Current Monthly Income attached hereto.)

**WHEREFORE,** Debtor prays that the honorable Court grants leave to amend Schedule I and other pleadings to Debtor's petition, and that the Court Grants any other relief that the court deems necessary and proper.

This is the 8th day of October, 2026.

Respectfully Submitted,

SADE LASHAY YOUNG
Debtor, PRO SE

**VERIFICATION**

I, SADE LASHAY YOUNG, Debtor named in the AMENDMENT TO SCHEDULES, certify under penalty of perjury that the foregoing is true and correct.

This is the 8th day of October, 2026.

SADE LASHAY YOUNG
Debtor, PRO SE

**CERTIFICATE OF SERVICE**

I, SADE LASHAY YOUNG, certify that I am over the age of 18 and that on **October 8, 2026,** do hereby certify that a true and correct copy of the above and foregoing **Amendment to Schedules** was forwarded to all parties of interest listed below or attached hereto via First Class, U.S. Mail, postage prepaid on this **8th** Day of October, 2026.

SADE LASHAY YOUNG
DEBTOR

**Nancy J. Whaley**
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

**Affirm, Inc.**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Aidvantage on behalf of**
Dept of Education
PO Box 300001
Greenville Tx 75403

**Atlanta Executive Mgmt HOA**
101 Devant St STE 501
Fayetteville, GA 30214

**Capital One**
POB 31293
Salt Lake City, UT 84131

**Capital One, N.A.**
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Chen Med LLC**
C/O Corporation Service Company
2 Sun Court Ste 400
Peachtree Corners, GA 30092

**Credit One Bank**
POB 98872
Las Vegas, NV 89193

**Dept of ED/AIDV**
1891 Metro Center Dr.
Reston, VA 20190

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Merrick Bank**
POB 9201
Old Bethpage NY 11804

**Navy Federal Credit Union**
P.O. BOX 3000
Merrifield, VA 22119

**Navy Federal Credit Union**
POB 3700
Merrifield VA 22119

**Navy Federal Credit Union**
c/o Brock & Scott, PLLC
1315 Westbrook Plaza Drive
Winston-Salem, NC 27103

**Navy Federal Credit Union**
P.O. Box 23800
Merrifield, VA 22119

**Navy Federal Credit Union**
P.O. Box 23800
Merrifield, VA 22119

**Planet Home Lending**
321 Research Pwky Ste 303
Meriden, CT 06450

**Planet Home Lending, LLC**
321 Research Parkway, Suite 303
Meriden, CT 06450-8301

**Resurgent Receivables, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Truist Bank**
PO Box 849
Wilson, NC 27894

**Truist Bank**
PO Box 1847 / 100-50-01-51
Wilson, NC 27894

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Sade Lashay Young |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | 25-54010-lrc |

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_______ MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Process Server | |
| **Employer's name** | ABC Legal Services | |
| **Employer's address** | 3525 Piedmont Road, NE<br>Atlanta, GA 30305 | |
| **How long employed there?** | 8 Months | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,000.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 3,000.00 | $ N/A |

Debtor 1 **Sade Lashay Young** Case number (*if known*) **25-54010-lrc**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 3,000.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,000.00 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ 3,000.00 + $ N/A = $ 3,000.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies
12. $ 3,000.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 **Sade Lashay Young**

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known) **25-54010-lrc**

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

______ MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☒ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No ☒ Yes. Fill out this information for each dependent.............

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Niece | 23 | ☐ No ☒ Yes |
| Niece | 25 | ☐ No ☒ Yes |
| Sister | 34 | ☐ No ☒ Yes |
| Brother-In-Law | 32 | ☐ No ☒ Yes |
| Nephew | 8 | ☐ No ☒ Yes |
| Nephew | 5 | ☐ No ☒ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ☒ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,675.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. $ | 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. $ | 500.00 |

Debtor 1 Sade Lashay Young Case number (if known) 25-54010-lrc

| | | | |
|---|---|---|---|
| 6b. | Water, sewer, garbage collection | 6b. $ | 50.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 120.00 |
| 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 600.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 150.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 0.00 |
| 15c. | Vehicle insurance | 15c. $ | 0.00 |
| 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. | Other. Specify: | 17c. $ | 0.00 |
| 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 3,095.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,095.00 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,000.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,095.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -95.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1 **Sade Lashay Young**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number **25-54010-lrc**
(if known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ______________________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X ______________________
**Sade Lashay Young**
Signature of Debtor 1

Date **October 8, 2026**

X ______________________
Signature of Debtor 2

Date ______________________



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: **Sade Lashay Young**

Debtor 2 (Spouse, if filing): ____________________

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): **25-54010-lrc**

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☒ Check if this is an amended filing

# Official Form 122A - 1

# Chapter 7 Statement of Your Current Monthly Income

12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☒ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**
     - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 3,000.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> | $ 0.00 | $ |

| | Column A | Column B |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Sade Lashay Young    Case number (*if known*) 25-54010-lrc

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you ....$ 0.00 | | |
| For your spouse....$ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ 0.00 | $ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.. | | |
| . | $ 0.00 | $ |
| | $ 0.00 | $ |
| Total amounts from separate pages, if any. + | $ 0.00 | $ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 3,000.00 + | $ = $ 3,000.00 Total current monthly income |

**Part 2: Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .... **Copy line 11 here=>** $ 3,000.00

Multiply by 12 (the number of months in a year) x 12

12b. The result is your annual income for this part of the form 12b. $ 36,000.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. GA

Fill in the number of people in your household. 7

Fill in the median family income for your state and size of household. .... 13. $ 156,781.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☒ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

**Part 3: Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X ______________________
Sade Lashay Young
Signature of Debtor 1

Date October 8, 2026


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**WD Contractors and Landscaping**
1415 Hwy 85 N
Suite 310-479
Fayetteville, GA 30214

Proposal

## 09/10/26

**Proposal for**
Sade L. Young
3090 Sable Run Rd.
Atlanta, GA 30349

**Proposal #3090**

Home Renovation

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| Remove all carpet and damaged hardwood; stain steps and replace all flooring with LVP | 1 | $15,200.00 | $15,200.00 |
| Replace kitchen cabinets and countertops | 1 | $12,500.00 | $12,500.00 |
| Repair damaged drywall and ceilings; repaint entire home | 1 | $7,800.00 | $7,800.00 |
| Redo master bathroom: retile floors and shower; replace countertops and cabinets | 1 | $7,700.00 | $7,700.00 |
| Redo shared bathroom: replace tile flooring and vanity | 1 | $4,500.00 | $4,500.00 |
| Reinstall trim | 1 | $1,750.00 | $1,750.00 |

Notes:

| | |
|---|---|
| Subtotal | $49,450.00 |
| Contingency (12%) | $5,934.00 |
| **Total** | **$55,384.00** |

$55,384.00

FMLS
First in Georgia Real Estate

Buyer

# 3090 Sable Run Rd
# Atlanta, GA 30349







## Barbara Rexach

Georgia Real Estate License #385834

Work (470) 519-4247

REALTOR.REXACH@GMAIL.COM

http://www.cometoatlanta.com

THE KIND TEAM
#THEKINDREALTORS

**Compass**
3107 Peachtree RD NE
A1
ATLANTA, GA 30305




Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

# 3090 Sable Run Rd, Atlanta, GA 30349

FMLS
First in Georgia Real Estate

## Exterior Features

### PUBLIC

| | | | |
|---|---|---|---|
| Topography | Level grade | Lot Size - Square Feet | 6,882 sq ft |
| Lot Size - Acres | 0.16 acres | Neighborhood Code | 1386 |
| Water | Municipal | Sewer | Municipal |
| Current Use | Single Family Residential | Building Condition | Good |
| Building Quality | C | | |

## Location Details

| | |
|---|---|
| Flood Zone | X (unshaded) |

# Market Trends

## Market Trends for Atlanta, GA 30349

Single Family Residence

### July 2026

**Market Type**

Seller's Market | Balanced Market | Buyer's Market

(Indicator: Seller's Market)

**Key Details**

| Months of Inventory | Sold to List Price % | Median Days in RPR | Median Sold Price |
|---|---|---|---|
| 3.42 | 99.6% | 49 | $306,000 |
| ↓ 4.2% MoM | ↑ 1.16% MoM | ↑ 53.13% MoM | ↓ 1.61% MoM |


Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

# 3090 Sable Run Rd, Atlanta, GA 30349

FMLS
First in Georgia Real Estate

## July 2026 Active Listings

### Atlanta, GA 30349

Single Family Residence

This graphic summarizes key statistics for properties that were in an active status on the last day of each month. RPR uses list date and a derived pending date to determine if the listing was active on the last day of the month. An end-of-month snapshot of active listings helps to understand inventory levels, price points and duration on the market.

**Source:** Listing sources

**Update Frequency:** Monthly

**Median List Price - $319,250**

0.9% Month over Month






Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

# 3090 Sable Run Rd, Atlanta, GA 30349

FMLS
First in Georgia Real Estate

## July 2026 Pending Listings

### Atlanta, GA 30349

Single Family Residence

This graphic summarizes key statistics for properties that were in a pending status on the last day of the month. RPR uses the list date, a derived pending date and a derived off-market status date to determine if the listing was in a pending status on the last day of the month. An end-of-month snapshot of pending listings helps to understand inventory that is waiting to close, price points and duration on the market.

**Source:** Listing sources

**Update Frequency:** Monthly

**Median List Price - $339,999**

↑ 11.5% Month over Month





Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

FMLS
First in Georgia Real Estate

# 3090 Sable Run Rd, Atlanta, GA 30349

## July 2026 Sold Listings

### Atlanta, GA 30349

Single Family Residence

This graphic summarizes key statistics for properties that sold each month. RPR uses a derived sold date to determine when a property moved into a sold status within the given month. These statistics are important for understanding the price points on sold properties as well as the difference between the list price and sold price, which reveals whether buyers are paying over or under the asking price.

**Source:** Listing sources

**Update Frequency:** Monthly

**Median Sold Price - $306,000**

↓ 1.6% Month over Month




## Total Sales and Active Listings in Atlanta, GA 30349

Single Family Residence

This graph compares the number of sales with the number of active listings in the local market.

**Source:** MLS data where licensed

**Update Frequency:** Monthly





Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

FMLS
First in Georgia Real Estate

# 3090 Sable Run Rd, Atlanta, GA 30349

## Median Sold Price vs Sold Listings in Atlanta, GA 30349

Single Family Residence

This chart compares the trend of median sold price and number of sold listings for the given location.

**Source:** Listing Data

**Update Frequency:** Monthly




## Median List Price vs Active Listings in Atlanta, GA 30349

Single Family Residence

This chart compares the trend of median list price and number of active properties for the given location.

**Source:** Listing Data

**Update Frequency:** Monthly






Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

3090 Sable Run Rd, Atlanta, GA 30349

FMLS
First in Georgia Real Estate

# Neighborhood

## Housing Facts & Stats

| | 30349 | Atlanta | Fulton County | Georgia | USA |
|---|---|---|---|---|---|
| Median Estimated Home Value | $281K | $436K | $479K | $370K | $372K |
| Est. Home Value 12-Mo. Change | -6.3% | -9.7% | -3.1% | -1% | -0.7% |
| Median List Price | $279K | $360K | $395K | $395K | – |
| List Price 1-Month Change | +1.5% | -1.4% | -0.7% | +0.1% | – |
| List Price 12-Month Change | +0.8% | 0% | +3.1% | +2.6% | – |
| Median Home Age | 31 | 49 | 41 | 38 | 44 |
| Own | 58% | 46% | 54% | 66% | 65% |
| Rent | 42% | 54% | 46% | 34% | 35% |
| $ Total Value (of all buildings for which permits were issued) | – | – | $2.26B | $16.2B | $384.62B |
| % Change in permits (for all buildings) | – | – | +18% | +10% | +6% |
| % Change in $ value (for all buildings) | – | – | +13% | +10% | +5% |

## People Facts & Stats

| | 30349 | Atlanta | Fulton County | Georgia | USA |
|---|---|---|---|---|---|
| Population | 76K | 505K | 1.08M | 10.94M | 334.92M |
| Population Density per Sq Mi | 1.72K | 3.73K | 2.04K | 190 | 95 |
| Pop Change since 2020 | +4.4% | +7.1% | +4.6% | +5.2% | +2.5% |
| Median Age | 32 | 34 | 36 | 38 | 39 |
| Male / Female Ratio | 43% | 49% | 49% | 49% | 50% |


Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

# 3090 Sable Run Rd, Atlanta, GA 30349

FMLS
First in Georgia Real Estate

## Population of Children by Age Group in 30349

This chart shows the distribution of the population of children by age range — from birth to 17 — in the area of your search.

**Source:** U.S. Census

**Update Frequency:** Annually




## Population of Adults by Age Group in 30349

This chart shows the distribution of the population of adults by age range — from 18 to 75-plus — in the area of your search.

**Source:** U.S. Census

**Update Frequency:** Annually





Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

# 3090 Sable Run Rd, Atlanta, GA 30349

FMLS
First in Georgia Real Estate

## Households With Children in 30349

This chart shows the distribution of households with children, categorized by marital status, in the area of your search.

**Source:** U.S. Census

**Update Frequency:** Annually




## Walkability Score (out of 5)

This neighborhood or ZIP code is rated for walking access to general points of interest, reflected in the overall score, plus amenities (such as retail stores) and leisure (such as restaurants and parks). Other factors considered in the scores are street types, weather, public transportation and population density.

**Source:** Precisely

**Update Frequency:** Quarterly




## About RPR

- RPR® is the nation's largest property database, exclusively for REALTORS®. It empowers REALTORS® to help buyers and sellers make informed decisions, backed by a real estate database covering more than 160 million residential and commercial properties in the United States.
- RPR is a wholly owned subsidiary of the National Association of REALTORS® and a member benefit to REALTORS®.
- RPR's data sources range from MLSs and county-level tax and assessment offices, to the U.S. Census and FEMA, to specialty data set providers such as Esri (consumer data), Niche (school information) and Precisely (geographic boundaries).

## Learn More

For more information about RPR, please visit RPR's public website: **https://blog.narrpr.com**

NATIONAL ASSOCIATION OF REALTORS® | RPR®


Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

**3090 Sable Run Rd,** Atlanta, GA 30349

FMLS
First in Georgia Real Estate

# Property Information

## Property Facts

| Name | Public Facts | Agent Refinements |
|---|---|---|
| Property Type | Single Family | – |
| Property Subtype | Single Family Residential | – |
| Bedrooms | 4 | – |
| Total Baths | 3 | – |
| Full Baths | 2 | – |
| Partial Baths | 1 | – |
| Living Area (sq ft) | 2,496 | – |
| Building Area (sq ft) | 2,496 | – |
| Lot Size | 6,882 sq ft | – |
| Lot Dimensions | 6882 SF | – |
| Garage (spaces) | 0 | – |
| Year Built | 2001 | – |
| Total Rooms | 8 | – |
| Style | Conventional | – |
| Cooling | Central | – |
| Fireplaces | 1 | – |
| Exterior Walls | Wood | – |
| Number of Units | 1 | – |
| Number of Stories | 2 | – |

## Interior Features

### PUBLIC

| | | | |
|---|---|---|---|
| Heating Fuel Type | Gas | Number of Plumbing Fixtures | 14 |
| Other Rooms | Family Room/Den | | |



Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Buyer

FMLS
First in Georgia Real Estate

# 3090 Sable Run Rd, Atlanta, GA 30349




## Off Market / Public Record • Sold Date: 9/27/2021, Public Record

Closed Price
**$230,000**
Off Market Date 9/27/2021

RVM®
**$290,670**
RVM® Updated 8/14/2026

RVM® Estimated Range
$264.5K $316.8K

RVM® Confidence
★★★★★

RVM® Month Change
↑ $1,420

RVM® Year Change
↓ 12.12%

4 Beds 3 Baths 2,496 Sq Ft 6,882 Sq Ft

### Basic Facts

Type
Single Family

Land Use
Single Family Residential

Year Built
2001

APN/TaxID
13 0096 LL1486

Price by SqFt
$116 per sq ft

Previously sold
for $230,000 on 9/27/2021

Zoning
CUP

This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.



Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.